**DISMISS and Opinion Filed July 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00693-CV**

**ALEXANDER BEGUM, Appellant**
**V.**
**CHRISTOPHER M. RISER AND RISER ADKISSON, LLP, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17623**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

Before the Court is appellant's motion for voluntary dismissal of the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190693F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ALEXANDER BEGUM, Appellant

No. 05-19-00693-CV          V.

CHRISTOPHER M. RISER AND RISER
ADKISSON, LLP, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-17623.
Opinion delivered by Justice Bridges,
Justices Brown and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Christopher M. Riser and Riser Adkisson, LLP recover their costs, if any, of this appeal from appellant Alexander Begum.

Judgment entered July 10, 2019